UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMIN JOHNSON, | NO. CV 07-3629-CJC(CT) |
| Petitioner, | |
| v. | ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| MATTHEW CATE, et al., | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendation of the magistrate judge.

Petitioner contends in his objections that he is entitled to an evidentiary hearing on his third ground for relief based on the declaration of his co-defendant, who now, directly contradicting his pre-trial statements to the police, contends that petitioner did not participate in the murder charged in count 1. However, as the magistrate judge found, this declaration, in light of the entire record, including the substantial evidence that petitioner, rather than some other person, participated in the crimes that occurred on January 3, 1997, does not demonstrate that petitioner

is "probably innocent" of the crimes charged. See Carriger v. Stewart, 132 F.3d 463, 476 (9th Cir. 1997); see also Perez v. Rosario, 459 F.3d 943, 954 (9th Cir. 2006) (where state court found that petitioner's declarations alleging that another person had confessed to the crime were wholly incredible in light of the record, district court did not abuse its discretion in denying an evidentiary hearing). Petitioner's request for an evidentiary hearing is denied.

IT IS ORDERED:

1. The report and recommendation is accepted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

IT IS SO ORDERED.

DATED: July 3, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE